UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-00798-CJC (JDEx) | Date | December 29, 2022 |
| Title | Jimmy Wong and Carol Chapman v. City of Placentia | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Deputy Clerk

Not Reported
Court Reporter

Attorneys Present for Plaintiffs:
None Present

Attorneys Present for Defendants:
None Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

In this case, Plaintiffs Jimmy Wong and Carol Chapman assert federal and state law claims in connection with the fatal officer-involved shooting of their son Matthew Wong. (Dkt. 11 [First Amended Complaint] ¶ 1.) On December 20, 2022, the Court granted Plaintiffs' unopposed motion for leave to file a Second Amended Complaint to name the individual officers involved. (Dkt. 23.) The Court ordered Plaintiffs to file their Second Amended Complaint by December 23, 2022. (*Id.*) Six days after the deadline, Plaintiffs have not filed their Second Amended Complaint. Accordingly, the Court **ORDERS** Plaintiff to show cause in writing by **January 5, 2023** why the case should not be dismissed for lack of prosecution. Filing the Second Amended Complaint will discharge this order to show cause.

Initials of Deputy Clerk:   RRP