1 | **STEVEN J. ROTHANS – State Bar No. 106579**
**SCOTT J. CARPENTER – State Bar No. 253339**
2 | **CARPENTER, ROTHANS & DUMONT LLP**
500 S. Grand Avenue, 19th Floor
3 | Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 [Fax]
4 | srothans@crdlaw.com / scarpenter@crdlaw.com

5 | Attorneys for Defendants CITY OF PLACENTIA, a public entity,
OFFICER FABIAN VALDEZ, OFFICER AUSTIN MARTINEZ, SERGEANT
6 | JOSEPH GILLIS, and SERGEANT FRANK GARZA, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JIMMY WONG, et al. | Case No.: 8:22-cv-00798-KK (JDEx) |
|---|---|
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| CITY OF PLACENTIA, et al. | |
| Defendants. | |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE THAT the parties have reached a settlement of the above-entitled action and that all necessary approvals, including approval of the City of Placentia and its risk pool, have been obtained.  The parties expect that within 60 days the settlement documents will be completed and that a stipulation to dismiss this action in its entirety, with prejudice, will be filed.  The parties request that the Court vacate the trial date and all trial related deadlines.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: March 25, 2024 | | KIRAKOSIAN LAW, APC |

*/s/*
By:_____
GREG L. KIRAKOSIAN
Attorneys for Plaintiffs

DATED: March 25, 2024        CARPENTER, ROTHANS & DUMONT LLP

*/s/ Scott J. Carpenter*

By:_____
STEVEN J. ROTHANS
SCOTT J. CARPENTER
Attorneys for Defendants City of Placentia, and Officers Garza, Gillis, Martinez, and Valdez

DATED: March 25, 2024        COLLINS & COLLINS LLP

*/s/*

By:_____
MICHAEL L. WRONIAK
CHRISTOPHER LEE
Attorneys for Defendant Officer Eriksen

///

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Scott J. Carpenter, do hereby attest that all of the signatories listed on this Joint Notice, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Joint Notice.

*/s/ Scott J. Carpenter*
_____

**JOINT NOTICE OF SETTLEMENT**