1  **STEVEN J. ROTHANS – State Bar No. 106579**
2  **SCOTT J. CARPENTER – State Bar No. 253339**
   **CARPENTER, ROTHANS & DUMONT LLP**
   500 S. Grand Avenue, 19th Floor
3  Los Angeles, CA 90071
   (213) 228-0400 / (213) 228-0401 [Fax]
4  srothans@crdlaw.com / scarpenter@crdlaw.com

5  Attorneys for Defendants CITY OF PLACENTIA, a public entity,
   OFFICER FABIAN VALDEZ, OFFICER AUSTIN MARTINEZ, SERGEANT
6  JOSEPH GILLIS, and SERGEANT FRANK GARZA, public employees

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY WONG, et al. | Case No.: 8:22-cv-00798-KK (JDEx) |
| Plaintiffs, | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CITY OF PLACENTIA, et al. | **Fed.R.Civ.P. 41** |
| Defendants. | |

**TO THE HONORABLE COURT:**

Pursuant to the Parties settlement and fulfilment of all obligations, it is hereby stipulated, by and among the parties hereto, by and through their respective counsel of record, that this matter be dismissed in its entirety as to all Defendants with prejudice, pursuant to Fed. R. Civ. P. 41.

IT IS SO STIPULATED.

DATED: May 31, 2024                KIRAKOSIAN LAW, APC

                                   /s/
                                   By:_____
                                   GREG L. KIRAKOSIAN
                                   Attorneys for Plaintiffs

- 1 -
**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: May 31, 2024 | CARPENTER, ROTHANS & DUMONT LLP |
| 2 | | */s/ Scott J. Carpenter* |
| 3 | | By:_____ |
| 4 | | STEVEN J. ROTHANS |
| | | SCOTT J. CARPENTER |
| 5 | | Attorneys for Defendants City of Placentia, and Officers Garza, Gillis, Martinez, and Valdez |
| 6 | | |
| 7 | | |
| 8 | DATED: May 31, 2024 | COLLINS & COLLINS LLP |
| 9 | | */s/* |
| 10 | | By:_____ |
| | | MICHAEL L. WRONIAK |
| 11 | | CHRISTOPHER LEE |
| 12 | | Attorneys for Defendant Officer Eriksen |
| 13 | /// | |

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Scott J. Carpenter, do hereby attest that all of the signatories listed on this Stipulation, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this Stipulation.

*/s/ Scott J. Carpenter*
_____

- 2 -
**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**